FILED IN OPEN COURT
U.S.D.C. Atlanta

MAY 09 2013

JAMES N. HATTEN, Clerk
by: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL INDICTMENT |
| DEMETRIUS PULLINS<br>a.k.a. "Foosie" | NO. 1:13-CR-192 |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about December 14, 2012, in the Northern District of Georgia, the defendant, DEMETRIUS PULLINS, a.k.a. "Foosie", did knowingly and intentionally possess with the intent to distribute at least 280 grams of a mixture and substance containing a detectable amount of cocaine base ("crack" cocaine), a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

### COUNT TWO

On or about December 14, 2012, in the Northern District of Georgia, the defendant, DEMETRIUS PULLINS, a.k.a. "Foosie", in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, that is, Possession of Cocaine Base with the Intent to Distribute, as described in Count One above, did knowingly possess at least one firearm, in violation

of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

On or about December 14, 2012, in the Northern District of Georgia, the defendant, DEMETRIUS PULLINS, a.k.a. "Foosie", having been convicted of the following felony offenses:

- Possession with intent to distribute cocaine, in or about 1994, in case number Z62023;
- Possession of a firearm after being convicted of a crime punishable by more than one year's imprisonment in or about 1996, in the United States District Court for the Northern District of Georgia, Atlanta Division, Case Number 1:96-CR-255-RCF;

the aforesaid convictions being for crimes punishable by imprisonment for a term exceeding one year, did knowingly possess the following firearms, in and affecting interstate and foreign commerce:

- one .45 caliber Wilson handgun with rounds of ammunition, and
- one 9 millimeter Beretta handgun with rounds of ammunition,

all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

2

## FORFEITURE PROVISION

Upon conviction of the controlled substance offenses alleged in Count One of this Indictment, defendant DEMETRIUS PULLINS, a.k.a. "Foosie", shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

A.   MONEY JUDGMENT

A sum of money equal to $5,340.00 in United States currency, representing the amount of proceeds obtained as a result of the offense, possessing cocaine base with intent to distribute it in violation of Title 21, United States Code, Sections 841(a)(1)(A) as charged in Counts One through Four of this Indictment.

B.   FIREARMS AND AMMUNITION

Upon conviction of one or more of the offenses alleged in Counts Two and Three of this Indictment, defendant DEMETRIUS PULLINS, a.k.a. "Foosie" shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following:

- one .45 caliber Wilson handgun, serial number WC000829, with 8 rounds of ammunition

- one 9 millimeter Beretta handgun, serial number BER366778, with 18 rounds of ammunition,
- three .45 caliber magazines and 21 rounds of ammunition,
- one box of .45 caliber ammunition containing four rounds.

A __TRUE__ BILL

FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

JOSEPH PLUMMER
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6055
Georgia Bar No. 003006