IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|     Plaintiff | : | |
| | : | CRIMINAL INDICTMENT |
| V. | : | NO. 1:13-CR-192-WSD-AJB |
| | : | |
| DEMETRIUS PULLINS | : | |
|     Defendant | : | |

### DEFENDANT'S DISMISSAL OF MOTION TO SUPPRESS

COMES NOW the above named Defendant, by and through his undersigned counsel, and hereby dismisses his Motion to Suppress filed on June 2, 2013 as Document 9.

                                      /s/Rodney Zell
                                      Rodney Zell
                                      State Bar No. 784650
                                      Attorney for Defendant

Zell & Zell, P.C.
P.O. Box 451344
729 Piedmont Avenue, NE
Atlanta, Georgia 31145
(404) 523-4611

1

## CERTIFICATE OF SERVICE

 I hereby certify that I have electronically filed and electronically served a copy of the foregoing Defendant's Dismissal of Motion to Suppress to Joseph Plummer, Esq., Assistant United States Attorney 1800 Richard B. Russell Building 75 Spring Street, S.W., Atlanta, Georgia 30335.

 This 10th day of October, 2013.

              /s/Rodney Zell
              Rodney Zell
              State Bar No. 784650
              Attorney for Defendant

Zell & Zell, P.C.
P.O. Box 451344
729 Piedmont Avenue, NE
Atlanta, Georgia 31145
(404) 523-4611