IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DEMETRIUS PULLINS, | : | |
| | : | |
| Movant, | : | CRIMINAL ACTION NO. |
| | : | 1:13-CR-192-LMM-AJB |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. |
| | : | 1:18-CV-4024-LMM-AJB |
| Respondent. | : | |

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation [71]. No objections have been filed in response to the Magistrate's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate's Report and Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Movant's Motion [65] to vacate, set aside, or correct his federal sentence is **DENIED** and **DISMISSED** as untimely. A COA is likewise **DENIED**. The Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED** this 21st day of December, 2018.

_____
Leigh Martin May
United States District Judge